# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA MARTINEZ LOPEZ, ) | Case No. 2:15-cv-02039-RFB-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant(s). ) | |

On April 8, 2016, the Court issued an order to show cause, to which Mr. Kalagian has now responded. Docket Nos. 22, 24. The Court hereby **ADVANCES** the deadline for Defendant to file a response, if she so chooses, to April 22, 2016.

IT IS SO ORDERED.

DATED: April 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge